# Third District Court of Appeal
## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1807
Lower Tribunal No. 20-18182

————————

**Plaza 605 LLC,**
Appellant,

vs.

**Plaza of the Americas Part II Condominium Association, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Law Offices of Andre G. Raikhelson and Andre G. Raikhelson (Boca Raton), for appellant.

Lauren Luck, P.A., and Lauren J. Luck; Koss Law Firm, P.A., and Jeremy A. Koss, for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.